WILLIAM B. HARRIS CO., Appellant, v. KIRCHOFER et al., Respondents. (Supreme Court, Appellate Term. June 1, 1906.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by the William B. Harris Company against Louis P. Kirchofer and another. From a judgment for defendants, plaintiff appeals. Reversed and remanded. Alfrd R. Bunnell, for appellant. Maurice M. Greenstein, for respondents.

PER CURIAM. In affirming this judgment we were led to believe that the admission in the answer by the defendants of a liability to the plaintiff and a tender of the admitted amount due had been followed up by a payment of such amount into court. It now appears that such was not the fact, and therefore the judgment should have been reversed. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

WILLIAM McGONIGAL CO., Respondent, v. BANG et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by the William McGonigal Company against Frank J. Bang and Theresa M. Bang. No opinion. Judgment of the City Court of Mt. Vernon unanimously affirmed, with costs.

WILLIAMS, Respondent, v. VAN NORDEN TRUST CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Appeal from Special Term, New York County. Action by Oliver Williams against the Van Norden Trust Company, as assignee for the benefit of creditors of James Clark and another, impleaded with others. From an order directing that, on payment by plaintiff to defendant of the sum of $50, the action should be discontinued without payment of further costs, defendant appeals. Modified and affirmed. E. W. S. Johnston, for appellant. Robert L. Luce, for respondent.

PER CURIAM. The order appealed from should be modified by permitting the plaintiff to discontinue on payment to the defendant of the costs and disbursements of the former appeal herein (93 N. Y. Supp. 821), the disbursements in the action, and $10 costs and disbursements of this appeal. As so modified, the order should be affirmed.

WILLIAMSON v. RANDOLPH. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Harry L. Williamson against Lewis V. F. Randolph. No opinion. Application granted. Settle order on notice.

WILSON, Appellant, v. NEW YORK MILLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by Louisa M. Wilson, as, etc., against the New York Mills.

PER CURIAM. Judgment and order affirmed, with costs. See opinion of Spring, J., in same case on former appeal, reported in 107 App. Div. 99, 94 N. Y. Supp. 1090.

KRUSE, J., dissents.

WITMARK et al., Respondents, v. J. B. SPARROW THEATRICAL CO., Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Marcus Witmark and others against the J. B. Sparrow Theatrical Company. S. G. Gibboney, for appellant. N. Burkan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WOODMANCY, Appellant, v. WOODMANCY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by John C. Woodmancy against Hiram Woodmancy and others. No opinion. Judgment affirmed, with costs.

WOOD & BROOKS CO., Respondent, v. SCHLEICHER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by the Wood & Brooks Company against George Schleicher.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

WORTHINGTON et al., Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Henry R. Worthington and another against the city of New York and others. M. Weiman, for appellants. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

YOUNG, Respondent, v. HYDE, Appellant. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Mary S. Young, a stockholder and policy holder against James H. Hyde, impleaded. No opinion. Motion for leave to go to Court of Appeals granted, and questions certified as follows: (1) Does the complaint state facts sufficient to constitute a cause of action? (2) Are causes of action improperly united as alleged in defendant's demurrer?

YOUNG v. INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by Martha Young against the International Railway Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on the nonsuit, with costs.

WILLIAMS, J., not sitting.

**END OF CASES IN VOL. 99.**